UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIRNA E. SERRANO, STEFANIE
MCVAY, and LINDA D. ALLEN,
individually and on behalf of all
others similarly situated,

        Plaintiffs,                      CIVIL ACTION NO. 04-40132

        v.                              DISTRICT JUDGE PAUL V. GADOLA

CINTAS CORPORATION,        MAGISTRATE JUDGE VIRGINIA MORGAN
an Ohio Corporation,

        Defendant.
_____/

## ORDER HOLDING SUBPOENAS IN ABEYANCE PENDING A HEARING

Plaintiff's Motion to Quash Subpoenas Issued by Defendant Cintas Corporation to Absent Class Members; or, in the Alternative, to Require Cintas to Hold the Subpoenas in Abeyance Pending a Hearing has been referred to the undersigned magistrate judge for hearing and determination. Because the court is currently assigned to the criminal call, and the subpoenas command the appearance of witnesses prior to the time that a hearing on the motion can reasonably be conducted,

IT IS ORDERED that defendant, Cintas Corporation, shall hold in abeyance the subpoenas described in plaintiff's motion until further order of the court.

- 1 -

IT IS FURTHER ORDERED that defendant, Cintas Corporation, shall notify the subpoena recipients that their depositions are held in abeyance, and shall further report its compliance with this Order, in writing, to the undersigned magistrate judge, and serve copies of such proof to all parties of record.

All of which is ordered at Detroit, Michigan, this 21st day of March, 2007.

                                                s/DONALD A. SCHEER
                                                DONALD A. SCHEER
                                                United States Magistrate Judge

Proof of Service

I certify that this document was served upon counsel of record via the Court's ECF system and/or U. S. Mail on 3/21/07.

                                                s/Barbara M. Radke
                                                Secretary