UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIRNA E. SERRANO, et al.,

        Plaintiffs,

v.

CINTAS CORPORATION,

        Defendant.

_____/

CIVIL ACTION NO. 04-40132

DISTRICT JUDGE PAUL V. GADOLA

MAGISTRATE JUDGE DONALD A. SCHEER

## <u>ORDER</u>

The Serrano and Avalos Plaintiffs' Motion to Enforce Joint Scheduling Order Limiting Class Certification Discovery and Quash Thirty-One Unauthorized Document Subpoenas Issued by Cintas to Former Employers and Schools of Absent Class Member Declarants was referred to the undersigned magistrate judge for hearing and determination. The parties appeared, by counsel, for hearing on July 29, 2008. Having reviewed Plaintiffs' Motion, together with Cintas Corporation's Memorandum in Opposition and Plaintiffs' Reply Memorandum, and having had the benefit of oral argument, I find that the motion should be, and the same is hereby, granted.

IT IS THEREFORE ORDERED that:

1. Cintas is prohibited from using any document obtained through the June and July, 2008, subpoenas to former employers and schools of absent class member declarants at the depositions of such declarants, or in opposing class certification, or for any other purpose;

1

2. Cintas shall refrain from issuing any additional subpoenas regarding the non-class representative declarants; and

3. Cintas shall seal all copies of all documents obtained through the subject subpoenas, and the same shall remain sealed unless and until the court issues a contrary order.

All of which is ordered this 8th day of August, 2008.


s/Donald A. Scheer
DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

---

## CERTIFICATE OF SERVICE

I hereby certify on August 8, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on August 8, 2008. **None.**

s/Michael E. Lang
Deputy Clerk to
Magistrate Judge Donald A. Scheer
(313) 234-5217