UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIRNA E. SERRANO, et al.,

          Plaintiffs,

                    CIVIL CASE NO. 04-40132

v.

                    HONORABLE SEAN F. COX

CINTAS CORPORATION,                    U.S. DISTRICT COURT

          Defendant.

*Consolidated for pre-trial proceedings with:*

BLANCA NELLY AVALOS, et al.,

          Plaintiffs,          CIVIL CASE NO. 06-12311

v.                    HONORABLE SEAN F. COX
                                              U.S. DISTRICT COURT

CINTAS CORPORATION,

          Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR RULE 54(b) CERTIFICATION AS TO THE INDIVIDUAL CLAIMS OF PLAINTIFF ANTHONY JONES

On October 7, 2008, the Court issued an order and a partial judgment in which the Court granted summary judgment in favor of Defendant with respect to the claims brought by Plaintiff Anthony Jones and dismissed Plaintiff Anthony Jones's claims with prejudice. Now before the Court is Plaintiffs' motion for Rule 54(b) certification as to the individual claims of Plaintiff Anthony Jones. Plaintiffs request that the Court direct entry of final judgment as to Plaintiff Anthony Jones's individual claims and grant Rule 54(b) certification for appeal of the Court's October 7, 2008 orders. This motion is unopposed.

Having reviewed Plaintiffs' motion and the circumstances of this case, the Court finds that the issues have been adequately presented by the parties' submissions and that an oral hearing is not necessary to resolve this motion. *See* E.D. Mich. Local Rule 7.1(e)(2). After review of the motion, the Court concludes that Plaintiffs' request has merit. There is no just reason for delay and the partial judgment against Plaintiff Anthony Jones should be considered a final judgment. *See* Fed. R. Civ. P. 54(b).

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff Anthony Jones's motion for Rule 54(b) certification [docket entry #563] is **GRANTED**. This Court's October 7, 2008 partial judgment in favor of Defendant with respect to the claims brought by Plaintiff Anthony Jones is a final judgment with respect to these claims brought by Plaintiff Anthony Jones. Consequently, Plaintiff Anthony Jones may pursue his claims on appeal.

**SO ORDERED.**

S/Sean F. Cox
**Sean F. Cox**
**United States District Judge**

**Dated: January 26, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on January 26, 2009, by electronic and/or ordinary mail.**

S/Jennifer Hernandez
**Case Manager**