UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIRNA E. SERRANO, *et al.*,

    Plaintiffs,

  and                                             Case No. 04-40132

EQUAL EMPLOYMENT OPPORTUNITY       HONORABLE SEAN F. COX
COMMISSION,                                     United States District Judge

    Plaintiff-Intervenor,

v.

CINTAS CORPORATION,

    Defendant.

*Consolidated for Pre-Trial Proceedings With*

BLANCA NELLY AVALOS, *et al.*,

    Plaintiffs,

  and                                               Case No. 06-12311

EQUAL EMPLOYMENT OPPORTUNITY       HONORABLE SEAN F. COX
COMMISSION,                                     United States District Judge

    Plaintiff-Intervenor

v.

CINTAS CORPORATION,

    Defendant.
_____/

ORDER DENYING THE EEOC'S MOTION TO CONTINUE
MARCH 25, 2010 HEARING [Doc. No. 749]

On March 11, 2010, the the Equal Opportunity Employment Commission ("EEOC") filed

its "Motion to Continue March 25, 2010 Hearing Pending Court's Ruling on EEOC's Motion to Amend Order to Add Certification Pursuant to 28 U.S.C. § 1292(b)" [Doc. No. 749]. On March 12, 2010, the Court issued its Opinion & Order denying the EEOC's "Motion to Amend Order to Add Certification Pursuant to 28 U.S.C. § 1292(b)." [*See* Doc. No. 752]. Therefore, the Court **DENIES AS MOOT** the EEOC's motion to continue [Doc. No. 749].

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 12, 2010, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager