UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLANCA NELLY AVALOS, et al.,

    Plaintiff,

v.

    Case No. 06-12311

    Honorable Sean F. Cox

CINTAS CORPORATION,

    Defendant.
_____/

## NOTICE CANCELING MOTION HEARING

The following motion has been filed with the Court:

**DEFENDANT CINTAS CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AS TO PLAINTIFF TANESHA DAVIS, filed 12/14/09**

    You are hereby notified that, having reviewed the briefs in support of these motions and any opposition thereto, the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(e)(2), the Court is dispensing with oral argument.

    A written opinion will be issued.

---

### Certificate of Mailing

I certify that this notice was electronically served on the counsel of record.

Dated: March 23, 2010            s/ Jennifer Hernandez
                                                    Deputy Clerk, (313) 234-2650