IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MIRNA E. SERRANO, *et al.*, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Case No. 04-40132 |
| and | ) ) | Judge Sean F. Cox |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Magistrate Judge Donald A. Scheer |
| Plaintiff Intervenor, | ) ) | |
| v. | ) ) | |
| CINTAS CORPORATION, | ) ) | |
| Defendant; | ) | |

*Consolidated for Pre-Trial Proceedings with*

| | | |
|---|---|---|
| BLANCA NELLY AVALOS, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Case No. 06-12311 |
| and | ) ) | Judge Sean F. Cox |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Magistrate Judge Donald A. Scheer |
| Plaintiff Intervenor, | ) ) | |
| v. | ) ) | |
| CINTAS CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

**NOTICE OF APPEAL**

Notice is hereby given pursuant to 28 U.S.C. § 2107 that Plaintiff

Intervenor, the Equal Employment Opportunity Commission, appeals to the

United States Court of Appeals for the Sixth Circuit from the final judgment

entered in this action on the 18th day of October 2010.

Respectfully submitted,

/s/ Kenneth L. Bird
KENNETH L. BIRD, Indiana #10780-02
Senior Trial Attorney

s/Jo Ann Farnsworth
JO ANN FARNSWORTH, Indiana #8364-49
Senior Trial Attorney

s/Aarika Mack-Brown
AARIKA MACK-BROWN, Indiana #25006-49A
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis IN 46204-4239
Phone: (317) 226-7204
Fax: (317) 226-5571
Email: Kenneth.Bird@EEOC.gov

## CERTIFICATE OF SERVICE

I certify that on 2010 December 10 I electronically filed the foregoing paper

with the Clerk of the Court using the ECF system which will send notification

of such filing to the following:

William G. Tishkoff (MI SB #P45165)          ATTORNEYS FOR *SERRANO*
Will@tishkofflaw.com                          PLAINTIFFS
Jennifer L. Brant
Jennifer@tishkofflaw.com

TISHKOFF & ASSOCIATES PLLC
Second Floor
407 North Main Street
Ann Arbor MI 48104-1158
Telephone:   (734) 663-4077
Fascimile:    (734) 665-1613

James K. Fett (MI SB #P39461)               ATTORNEYS FOR *SERRANO*
Jim@fettlaw.com                              PLAINTIFFS
Lawrence A. Fields
Larry@fettlaw.com

FETT & FIELDS, P.C.
805 East Main Street
Pinckney MI 48169-3266
Telephone:   (734) 954-0100
Fascimile:    (734) 954-0762

Richard T. Seymour (DC SB #28100)           ATTORNEYS FOR *SERRANO*
Rick@RickSeymourLaw.net                      PLAINTIFFS

LAW OFFICE OF RICHARD T. SEYMOUR,
P.L.L.C.
1150 Connecticut Avenue NW, Suite 900
Washington DC 20036-4129
Telephone:   (202) 862-4320
Facsimile:    (800) 805-1065

2

Judson H. Miner (IL SB #10925237)                    ATTORNEYS FOR *AVALOS*
JMiner@lawmbg.com                                     PLAINTIFFS
Scott A. Entin (IL SB #6281347)
SEntin@lawmbg.com
Nancy L. Maldonado (IL SB #6275422)
NMaldonado@lawmbg.com

MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago IL 60610
Telephone:    (312) 751-1170
Facsimile:    (312) 751-0438

Sarah E. Siskind (WI SB #1004902)                    ATTORNEYS FOR *AVALOS*
SSiskind@lawmbg.com                                  PLAINTIFFS

MINER, BARNHILL & GALLAND
44 E. Mifflin Street, Suite 803
Madison WI 53703
Telephone:    (608) 255-5200
Facsimile:    (608) 255-5380

Morris J. Baller (CA SB #048928)                     ATTORNEYS FOR *AVALOS*
MBaller@gdblegal.com                                 PLAINTIFFS
Roberta L. Steele (CA SB #188198)
RSteele@gdblegal.com
Joseph E. Jaramillo (CA SB #178566)
JJaramillo@gdblegal.com
Heather M. Mills (CA SB #215293)
HMills@gdblegal.com

GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone:    (510) 763-9800
Facsimile:    (510) 835-1417

3

Nancy L. Abell (CA SB #88785)               ATTORNEYS FOR DEFENDANT
NancyAbell@paulhastings.com                 CINTAS CORPORATION

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles CA 90071-2228
Telephone:   (213) 683-6000
Facsimile:    (213) 627-0705

Gregory M. Utter                            ATTORNEYS FOR DEFENDANT
GMutter@kmklaw.com                          CINTAS CORPORATION
Brian A. Riddell
BRiddell@kmklaw.com
W. Keith Noel
WNoel@kmklaw.com

KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati OH 45202
Telephone:   513-579-6540
Facsimile:    513-579-6457

Theodore R. Opperwall                       ATTORNEYS FOR DEFENDANT
TOpperwall@kohp.com                         CINTAS CORPORATION

KIENBAUM OPPERWALL HARDY & PELTON
PLC
280 N. Old Woodward Avenue, Suite 400
Birmingham MI 48009-6255
Telephone:   (248) 645-0000
Facsimile:    (248) 645-1385

                          /s/ Kenneth L. Bird
                         KENNETH L. BIRD, Indiana #10780-02
                         Senior Trial Attorney
                         EQUAL EMPLOYMENT
                             OPPORTUNITY COMMISSION
                         101 W. Ohio Street, Suite 1900
                         Indianapolis IN 46204-4239
                         Phone: (317) 226-7204
                         Email: Kenneth.Bird@EEOC.gov

4