IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIRNA E. SERRANO, *et al.*, individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Civil Case No. 04-40132 |
| and | ) Judge Sean F. Cox |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff Intervenor, | ) |
| v. | ) |
| CINTAS CORPORATION, | ) |
| Defendant. | ) |

**STIPULATED ORDER FOR STAY PENDING APPEAL**

WHEREAS the Court entered judgment pertaining to fees and costs in favor of Defendant Cintas Corporation and against Plaintiff Equal Employment Opportunity Commission on August 18, 2011 (dkt. 1080);

WHEREAS the EEOC has appealed from the Judgment of October 18, 2010 and has represented to the Court that it intends to appeal from the Judgment of August 18, 2011;

WHEREAS Rule 62 of the Federal Rules of Civil Procedure provides for a stay of the execution of a judgment pending appeal;

WHEREAS post-judgment interest accrues from August 18, 2011 until fully paid;

THEREFORE IT IS HEREBY STIPULATED AND AGREED that execution of judgment be stayed until the later of sixty days after entry of the judgment or fourteen days after the final resolution of all appeals in this case.

Respectfully submitted,

**Cintas Corporation**

| | |
|---|---|
| /s/ Kenneth L. Bird<br>Kenneth L. Bird<br>Indiana #10780-02<br>Senior Trial Attorney<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY<br>COMMISSION<br>101 W. Ohio Street, Suite 1900<br>Indianapolis IN 46204-4239<br>Phone: (317) 226-7204<br>Fax: (317) 226-5571<br>Email: Kenneth.Bird@EEOC.gov | /s/ Gregory M. Utter (with permission)<br>Gregory M. Utter<br>Rachael A. Rowe<br>Keating Muething & Klekamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati OH 45202<br>Tel: (513) 579-6540<br>Fax: (513) 579-6457<br>Attorneys for Defendant |

**ORDER**

Based on the foregoing stipulation of the parties and Rule 62 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that execution of the judgment be stayed until the later of sixty days after entry of the judgment or fourteen days after the final resolution of all appeals in this case.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 25, 2011