# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 09, 2012

Ms. Jennifer S. Goldstein
U.S. Equal Employment Opportunity Commission
Office of General Counsel
131 M Street, N.E.
Washington, DC 20507

Ms. Rachael A. Rowe
Mr. Gregory M. Utter
Keating, Muething & Klekamp
One E. Fourth Street, Suite 1400
Cincinnati, OH 45202

Re: Case Nos. 10-2629/11-2057, *Mirna Serrano, et al v. Cintas Corporation*
Originating Case Nos. : 2:04-cv-40132 ; 2:06-cv-12311

Dear Counsel,

  The court today announced its decision in the above-styled cases.

  Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 10-2629/11-2057

MIRNA E. SERRANO et al.,
    Plaintiffs,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff Intervenor - Appellant,

v.

CINTAS CORPORATION,
    Defendant - Appellee.

**FILED**
*Nov 09, 2012*
DEBORAH S. HUNT, Clerk

Before: MOORE, GIBBONS, and ALARCÓN, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that both judgments of the district court at issue in the present appeals are VACATED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk