# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 23, 2013

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 10-2629/11-2057, *Mirna Serrano, et al v. Cintas Corporation*
            Originating Case No. : 2:04-CV-40132 : 2:06-CV-12311

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                 Sincerely yours,

                                 s/Louise Schwarber
                                 Case Manager
                                 Direct Dial No. 513-564-7015

cc: Ms. Nancy Lula Abell
    Ms. Jennifer S. Goldstein
    Mr. Theodore R. Opperwall
    Ms. Rachael A. Rowe
    Mr. Gregory M. Utter
    Ms. Rae T. Vann

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-2629/11-2057

_____

Filed: January 23, 2013

MIRNA E. SERRANO, et al.,

    Plaintiffs

BLANCA NELLY AVALOS, et al.,

 and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff Intervenor - Appellant

v.

CINTAS CORPORATION, an Ohio corporation

    Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 11/09/2012 the mandate for this case hereby issues today.

COSTS: None