UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mirna E. Serrano *et al.*, individually
and on behalf of others similarly
situated,

      Plaintiffs,

    and                                 Case No. 04-40132

Equal Employment Opportunity       Honorable Sean F. Cox
Commission,

      Plaintiff-Intervenor,

v.

Cintas Corporation,

      Defendant.
_____/

## ORDER
## FOLLOWING FEBRUARY 27, 2013, STATUS CONFERENCE

On November 9, 2012, the United States Court of Appeals for the Sixth Circuit issued *Serrano v. Cintas Corp.*, 699 F.3d 884 (6th Cir. 2012), wherein the court vacated judgments in this action, and in Case No. 06-12311, and remanded for further proceedings. The Mandate was issued on January 23, 2013. (Docket Entry No. 1088).

Thereafter, this Court held a Status Conference with the parties in this action on February 27, 2013. As stated on the record and discussed with the parties, the Court hereby ORDERS as follows:

1)     Mindful of the Sixth Circuit's suggestion that this Court allow the EEOC to file a second amended complaint upon remand, (*see Serrano*, 699 F.3d at 899, stating that although the

1

district court's denial of the EEOC's motion to amend was moot, "because we are remanding to the district court to permit the EEOC to proceed under the pattern-or-practice-style framework pursuant to § 706, the district court may wish to reconsider the merits of permitting a second amended complaint in light of the changed circumstances."), this Court hereby **ORDERS** that the **EEOC shall file a second amended complaint no later than March 30, 2013.**

2) Counsel for the parties shall meet and confer, **in person**, to discuss a proposed discovery plan and schedule for proceeding with this case. Counsel should strive to provide the Court with a joint proposed discovery plan and any agreed upon plan shall be submitted to the Court no later than **April 29, 2013.**

3) If, after meeting and conferring, Counsel are unable to agree upon a joint proposed discovery plan, then each party shall submit their own proposed discovery plan no later than **April 30, 2013**.

4) The Court shall hold another Status Conference in this matter on **May 7, 2013, at 3:00 p.m.**

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 27, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager